# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN H. ROSKY,
Petitioner,
vs.
THE STATE OF NEVADA; AND THE
COURT OF APPEALS OF THE STATE
OF NEVADA,
Respondents.

No. 84195

FILED

APR 1 4 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION

In this pro se original petition for a writ of certiorari, John Rosky challenges the court of appeals' denial of his original petition for a writ of habeas corpus. *See Rosky v. Baker*, Case No. 75209 (Order Denying Petition, May 22, 2018). Having considered the petition, we are not persuaded that our extraordinary and discretionary intervention is warranted. *See* NRS 34.020(2) (a petition for a writ of certiorari may only be granted when a lower court has exceeded its jurisdiction and there is no plain, speedy, and adequate remedy); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (petitioners bear the burden to demonstrate that extraordinary relief is warranted). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Stiglich

22-11762

cc:   John H. Rosky
       Attorney General/Carson City

SUPREME COURT
OF
NEVADA

(0) 1947A